**SEALED**



FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2005 APR 27  AM 9:55

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:05CR3049 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| PAUL M. LANZENDORF, | ) | |
| | ) | |
| Defendant. | ) | |

Upon the Motion for a Writ of Habeas Corpus Ad Prosequendum, filing ___,

IT IS ORDERED that a Writ of Habeas Corpus Ad Prosequendum be issued as requested.

DATED this 27 day of April, 2005.

*signature*

DAVID L. PIESTER
MAGISTRATE JUDGE, U. S. DISTRICT COURT

Writ issued to USM on 4-27-05