IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:05CR3049 |
| v. | ) | |
| | ) | |
| PAUL M. LANZENDORF, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

For failure to demonstrate good cause for a continuance, i.e., why negotiations cannot proceed under the present trial schedule,

IT IS ORDERED:

Defendant's motion to continue trial, filing 17, is denied.

DATED this 21st day of June, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge