IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3049 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| PAUL M. LANZENDORF, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes on to consider the motion for correction of sentence and for reappointment of counsel (filing 50) and the stipulation of the parties (filing 52). Having carefully considered the matter,

IT IS ORDERED that:

(1) The motion for correction of sentence and for reappointment of counsel (filing 50) is granted. The stipulation of the parties (filing 52) is approved.

(2) Pursuant to Federal Rule of Criminal Procedure 36, the Clerk of Court shall prepare and submit to me an amended judgment and committal order consistent with the stipulation of the parties.

(3) The Federal Public Defender's office shall provide Julie Frank with the appropriate voucher.

August 31, 2006.                                BY THE COURT:

                                                s/ *Richard G. Kopf*
                                                United States District Judge