IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3049 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| PAUL M. LANZENDORF, | ) | |
| | ) | |
| Defendant. | ) | |

The Bureau of Prisons asks for clarification of a Second Amended Judgment (filing no. 62). I am happy to accommodate the BOP. Accordingly,

IT IS ORDERED that the Second Amended Judgment (filing no. 62) should be interpreted to require that the defendant's federal sentence run concurrently with the Hamilton County, Nebraska sentence as previously indicated in the Judgments that preceded the Second Amended Judgment. My chambers shall fax a copy of this order to the person at the BOP who made the request for clarification.

Dated October 1, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge