IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:05CR3049 |
| v. | ) | |
| PAUL M. LANZENDORF, | ) | ORDER |
| Defendant. | ) | |

Mr. Lanzendorf has submitted correspondence to the Clerk requesting the appointment of counsel "on the retroactivity of the Johnson case."

IT IS ORDERED that:

(1) The Clerk shall file Mr. Lanzendorf's correspondence as a motion for appointment of counsel.

(2) Treating the defendant's letter as a motion, it is denied as moot.

(3) Counsel has been appointed pursuant to filing no. 72 and this matter has been held in abeyance pursuant to filing no. 73.

(4) The Clerk shall mail to Mr. Lanzendorf copies of filing nos. 72 and 73.

DATED this 15th day of June, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge